UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCOTT MCCLINTOCK,<br><br>Plaintiff,<br><br>v.<br><br>G. VALENCIA, et al.,<br><br>Defendants. | Case No. 21-cv-02174-EMC<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate at Mule Creek State Prison in Ione, California, filed this *pro se* civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions at that prison, which is located in Amador County. Amador County is within the venue of the Eastern District of California. The defendants work at the prison in Amador County and apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint are alleged to have occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

**IT IS SO ORDERED**.

Dated: May 7, 2021

EDWARD M. CHEN
United States District Judge